JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILEY, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No.: CV 16-9237-DMG (ASx) <br><br> **ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [20]** |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that the Parties shall bear their own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: August 24, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1